**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TYSON BEAUCHAMP, TREVOR SCOTT, and SIGNAL FUNDING, LLC,   ) ) ) | Case No. 1:16-cv-09787 |
| Plaintiffs,   ) ) | |
| ) | Hon. Elaine E. Bucklo |
| v.   ) ) | |
| ) | Magistrate Judge Maria Valdez |
| OASIS LEGAL FINANCE OPERATING COMPANY, LLC,   ) ) ) | |
| Defendant.   ) | |

**JOINT STIPULATION OF DISMISSAL**

Tyson Beauchamp, Trevor Scott, and Oasis Legal Finance Operating Company, LLC, by and through their undersigned counsel, respectfully stipulate to the dismissal of this action with prejudice, and state as follows:

1. The Parties have reached a binding settlement agreement, as embodied in their Settlement Agreement.

2. The Parties jointly stipulate and request that this action be dismissed with prejudice, with each Party to bear its own costs and attorneys' fees;

\*   \*   \*   \*

**[SIGNATURE PAGE TO FOLLOW]**

Dated: January 2, 2018

Respectfully Submitted,

By: /s/Aaron W. ChaetBy: /s/Todd M. Church

Kerry E. SaltzmanJames M. Witz
Aaron ChaetDarren M. Mungerson
On behalf of PlaintiffsTodd M. Church
Williams, Bax & Saltzman P.C.LITTLER MENDELSON, P.C.
221 N. LaSalle, Suite 3700321 North Clark Street, Suite 1000
Chicago, IL 60601Chicago, IL 60654
(312)372-3311312.372.5520
saltzman@wbs-law.com
chaet@wbs-law.com