**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Tyson Beauchamp, et al.
                                          Plaintiff,

v.                                                       Case No.: 1:16−cv−09787
                                                            Honorable Elaine E. Bucklo

Oasis Legal Finance Operating Company, LLC.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 9, 2018:

      MINUTE entry before the Honorable Elaine E. Bucklo: A joint stipulation of dismissal has been filed. This case is dismissed with prejudice, each party bearing its own attorneys fees and costs. All pending dates and motions before this court are moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.